NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEART & CORE LLC,**

*Appellant*

**v.**

**SECRETARY OF THE AIR FORCE,**

*Appellee*

---

2023-1555

---

Appeal from the Armed Services Board of Contract Appeals in No. 63403, Administrative Judge Mark A. Melnick.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules and to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2        HEART & CORE LLC v. SECRETARY OF THE AIR FORCE

accordance with the rules.

FOR THE COURT

<u>May 1, 2023</u>
  Date       <u>/s/ Jarrett B. Perlow</u>
           Jarrett B. Perlow
           Chief Deputy Clerk

**ISSUED AS A MANDATE:** May 1, 2023